with ten dollars costs and disbursements, and motion granted, with ten dollars costs, to permit discovery and inspection of the minute book showing the meeting of the board of directors on August 29, 1931, and the book or records containing a statement of the loan or loans of said bank, and the notes received therefor, for a period of one year prior to August 29, 1931; with leave to apply at Special Term after such discovery and inspection as is here granted if so advised, for a further order, either with or without examination of one or more of the defendants, with a referee to direct and superintend such discovery or inspection; the time and place of examination to be determined upon application to Special Term, to which the matter is remitted. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

JOSEPH LINDNER, Suing on Behalf of Himself and All Other Stockholders of HILO VARNISH CORPORATION Similarly Situated, Plaintiff, v. HILO VARNISH CORPORATION and Others, Respondents, Impleaded with HERMAN UEHLINGER, Appellant.— Order denying motion to settle and frame issues affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Scudder and Tompkins, JJ., concur; Davis, J., dissents and votes to reverse on the ground that defendant Uehlinger was entitled to a jury trial as a matter of right, and as he made a motion to separate the issues there could be no waiver.

JENNIE MARKS, Respondent, v. ELIZABETH MULRAIN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

ROSE L. MARVIN, Respondent, v. JOSEPH M. KLEIN and KLIN CO., INC., Defendants, Impleaded with MANSON REALTY CORPORATION and Others, Appellants. (Appeal No. 1.) — Order denying motion to compel plaintiff separately to state and number causes of action affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

ROSE L. MARVIN, Respondent, v. JOSEPH M. KLEIN and KLIN CO., INC., Defendants, Impleaded with MANSON REALTY CORPORATION and Others, Appellants. (Appeal No. 2.) — Orders and judgment unanimously affirmed, with ten dollars costs and disbursements, but without prejudice to the right of appellants to apply at Special Term to open their default. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

JOHN MAUER, Plaintiff, v. LOTTIE GEORGES and Others, Defendants, Impleaded with HENRY A. BORGHARD, Appellant, and MANUFACTURERS TRUST COMPANY, Respondent.— Order denying motion to direct the chamberlain of the city of New York to pay petitioner $623.32 affirmed, with ten dollars costs and disbursements. No opinion. Kapper, Hagarty, Carswell and Davis, JJ., concur; Lazansky, P. J., not voting.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN F. DUGAN, Appellant.— Judgment of conviction by a city magistrate sitting as a Court of Special Sessions affirmed. No opinion. Lazansky, P. J., Kapper, Hagarty and Davis, JJ., concur; Carswell, J., dissents.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FREDERICK T. CESSNA, Relator, v. EDWARD P. MULROONEY, as Police Commissioner of the Police Department of the City of New York, Respondent.— Determination of the police commissioner unanimously confirmed and certiorari proceeding dismissed, without costs.